JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACROLEASE CORPORATION, a Rhode Island Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CHHITU PATEL, an individual,<br><br>Defendant. | Case No.: 2:21-cv-9844-MWF (JCx)<br><br>**ORDER APPROVING STIPULATED REQUEST FOR DISMISSAL AFTER SETTLEMENT**<br><br>[Fed. R. Civ. P. Rule 41(a)(1)(ii)] |

The Court, having considered the "Stipulated Request for Dismissal After Settlement" (the "Stipulation")[1] entered into by and between Macrolease Corporation ("Plaintiff"), and Chhitu Patel ("Defendant," and together with Plaintiff, the "Parties"), by and through their respective counsel of record, and for good cause:

IT IS HEREBY ORDERED that

1. The Stipulation is approved;

2. This action is dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(ii); and

3. This Court shall retain jurisdiction of this Action and over the Settlement Agreement to enforce the terms of the settlement reached between the Parties.

IT IS SO ORDERED.

Dated: August 22, 2022

*/s/ Michael W. Fitzgerald*
MICHAEL W. FITZGERALD
United States District Judge

---

[1] Defined terms in the Stipulation shall have the same meaning herein.